Exhibit A to the Complaint

**Location:** Amston, CT  
**Total Works Infringed:** 24  
**IP Address:** 73.249.35.192  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 97858AE74CCB9AA5A803A4B4260C07875E60B05C | 07/23/2025 19:52:36 | Vixen | 07/21/2025 | 07/22/2025 | PA0002541642 |
| 2 | 9987E1C24CAB069B0B848B1C25C4C137B8F1BF20 | 07/15/2025 03:08:55 | Milfy | 07/09/2025 | 07/22/2025 | PA0002541637 |
| 3 | 7F56C7E9B5CF1A0DFE0923D807CDF3FFC549D1FD | 06/17/2025 02:56:21 | Tushy | 06/15/2025 | 06/20/2025 | PA0002536524 |
| 4 | C44771B201930C20DF5BC154C51ADCC4D82CEF9D | 06/09/2025 02:51:57 | Milfy | 06/04/2025 | 06/09/2025 | PA0002534199 |
| 5 | 1D64AF95F40D70C252953B2DF5947F560F4EFB95 | 06/09/2025 02:47:52 | Wifey | 06/07/2025 | 06/10/2025 | PA0002534377 |
| 6 | 8585C3C58D413A5A4A57E0EF70DCE56DB298A968 | 06/09/2025 02:47:09 | Tushy | 06/08/2025 | 06/09/2025 | PA0002534203 |
| 7 | 790A48E47EC87C1DFD2979BFBD68DCB1C7740088 | 06/02/2025 03:51:12 | Vixen | 05/30/2025 | 06/09/2025 | PA0002534206 |
| 8 | 71953E7754EC78886187D5FB739ADBCBFF27D232 | 06/02/2025 03:47:28 | Wifey | 05/31/2025 | 06/10/2025 | PA0002534385 |
| 9 | C6ED7E828E18548415197327F0B6A99B4E62AD75 | 05/23/2025 04:12:41 | Milfy | 05/21/2025 | 06/09/2025 | PA0002534212 |
| 10 | abdaa16f8d30b5d4248d8072832f74e96d81b71d | 05/06/2025 04:35:04 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |
| 11 | de3754185ed21becd51b664cd095066fdb9c1f8d | 04/30/2025 13:33:42 | Tushy | 04/27/2025 | 05/20/2025 | PA0002531765 |
| 12 | c03d391e943508608ec84c224893faa10d1f8112 | 04/30/2025 13:31:37 | Vixen | 04/25/2025 | 05/20/2025 | PA0002531764 |
| 13 | 14C25987325B13756167F421221E191825CD54D5 | 04/23/2025 12:40:44 | Tushy | 04/20/2025 | 04/22/2025 | PA0002527101 |
| 14 | 6BE774ABE4738AC73C689F8FD17BDB43B9F06253 | 04/19/2025 04:13:28 | Milfy | 04/16/2025 | 04/22/2025 | PA0002526947 |
| 15 | 5300B9A5A4C54B6D9E237B73534FD11A4333DA8D | 04/01/2025 04:40:12 | Tushy | 03/30/2025 | 04/22/2025 | PA0002526944 |
| 16 | 6EBA4DD2E3FC88DA341391AD5235E860119C882C | 04/01/2025 04:38:09 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 21AD397667F0967623A8172989D152104736482E | 03/26/2025 03:11:10 | Tushy | 03/23/2025 | 03/28/2025 | PA0002522497 |
| 18 | 0C658206FA0986352D6E30197E5C6CE77F2CDF53 | 03/11/2025 03:27:36 | TushyRaw | 03/08/2025 | 03/25/2025 | PA0002521739 |
| 19 | 8d198cbcb19dc628c7fb4cec4456109e0232ca71 | 02/26/2025 13:47:03 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 20 | f0d7a1db8ed94d65961528d5a85072c0d64a0f75 | 02/26/2025 13:37:01 | Blacked Raw | 02/25/2025 | 03/25/2025 | PA0002521736 |
| 21 | 971b5709a1f8a2bdad7484fed2db06834f33e61d | 02/18/2025 04:26:49 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 22 | ef35973ab04d713e637297399a8004e6b955d5dc | 02/08/2025 05:47:54 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 23 | C9212FE3ED0DDB9B967A779EB10690216D473D79 | 02/04/2025 05:28:13 | Tushy | 02/02/2025 | 02/18/2025 | PA0002515927 |
| 24 | c7877ecd2db266b958d0d5253f61cbefc2811f72 | 01/29/2025 13:32:13 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |